Núm. 6931.—Pueblo, apldo. *v.* Oyola, aplte.—C. D. Bayamón. Abril 27, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, José Oyola Meléndez fué convicto dos veces por el delito de acometimiento y agresión grave, primeramente en la Corte Municipal de Bayamón y después de un juicio *de novo,* por la Corte de Distrito de Bayamón.

Por cuanto, la única prueba tendiente a demostrar que el delito a que se contrae la denuncia en este caso fué cometido dentro del Distrito Judicial Municipal de Bayamón, P. R., consiste de la pregunta y respuesta siguientes:

"P.—Dígame, allá por el 19 de agosto, como a las 9:30 de la noche, y en la calle Cuba Libre de Comerío, ¿tuvo algún disgusto con él.?"

"T.—En casa, en mi casa."

Por cuanto, tal prueba no basta para demostrar que el supuesto delito fué cometido dentro del Distrito Judicial Municipal de Bayamón.

Por tanto, se revoca la sentencia que dictó la Corte de Distrito de Bayamón el día 13 de diciembre de 1937, y se devuelve el caso para ulteriores procedimientos.